**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**DANNY COMER and KATHY COMER**                                     **PLAINTIFFS**

**v.**                                                           **CAUSE NO.: 1:06CV299-SA-JAD**

**DAVID LINDLEY, individually, and**
**CITY OF STARKVILLE, MISSISSIPPI**                                     **DEFENDANTS**

## ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' Motion for Summary Judgment [docket entry 47] is GRANTED;

(2) the Plaintiffs' claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the __7th__ day of July, 2008.

                                                                      __/s/ Sharion Aycock__
                                                                      **U.S. DISTRICT JUDGE**